ILLINOIS ET AL. *v.* UNITED STATES ET AL.

No. 937. Decided May 20, 1963.

*William G. Clark,* Attorney General of Illinois, *Edward V. Hanrahan,* Special Assistant Attorney General, *Harold A. Cowen,* Assistant Attorney General, and *S. Ashley Guthrie* for appellants.

*Robert W. Ginnane* and *Stanton P. Sender* for the United States and the Interstate Commerce Commission; and *James J. Magner, Frederick E. Stout* and *L. Agnew Myers, Jr.* for Chicago North Shore & Milwaukee Railway, appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.